RUBIN, FIORELLA & FRIEDMAN LLP
James E. Mercante, Esq.
Gerald A. Greenberger, Esq.
630 Third Avenue, 2nd and 3rd Floors
New York, New York 10017
(212) 953-2381
Attorneys for Defendant
*Insurance Company of North America*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

THEODORE R. KLEIN,          Civil Action No.: 12-4814 (JS)(ETB)

        Plaintiff,          STIPULATION AND ORDER OF
                              DISMISSAL WITH PREJUDICE
-against-

INSURANCE COMPANY OF NORTH AMERICA,

        Defendant.

This action having been settled by the undersigned plaintiff, Theodore R. Klein, and defendant, Insurance Company of North America, it is hereby Stipulated and Agreed that the above action, and any and all claims, counter-claims and/or cross-claims, are discontinued in their entirety, with prejudice and without costs.

Dated: New York, New York
       January 15, 2013

_____
Gerald A. Greenberger, Esq.
RUBIN FIORELLA & FRIEDMAN LLP
630 Third Avenue, 3rd Floor
New York, New York 10017

_____
Theodore R. Klein
48 First Street
Kings Park, New York 11754

S:\GGreenberger\431-25258\STIP.wpd

SO ORDERED:

_____
United States District Judge