RUBIN, FIORELLA & FRIEDMAN LLP
James E. Mercante, Esq.
Gerald A. Greenberger, Esq.
630 Third Avenue, 2nd and 3rd Floors
New York, New York 10017
(212) 953-2381
Attorneys for Defendant
*Insurance Company of North America*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

THEODORE R. KLEIN,   Civil Action No.: 12-4814 (JS)(ETB)

               Plaintiff,   STIPULATION AND ORDER OF
                                DISMISSAL WITH PREJUDICE

  -against-

INSURANCE COMPANY OF NORTH AMERICA,

               Defendant.

    This action having been settled by the undersigned plaintiff, Theodore R. Klein, and defendant, Insurance Company of North America, it is hereby Stipulated and Agreed that the above action, and any and all claims, counter-claims and/or cross-claims, are discontinued in their entirety, with prejudice and without costs.

Dated: New York, New York
       January 15, 2013

_____              _____
Gerald A. Greenberger, Esq.              Theodore R. Klein
RUBIN FIORELLA & FRIEDMAN LLP    48 First Street
630 Third Avenue, 3rd Floor           Kings Park, New York 11754
New York, New York 10017

The Clerk of the Court is directed to mark this matter CLOSED.

S:\GGreenberger\431-25258\STIP.wpd

SO ORDERED:
/s/ JOANNA SEYBERT
Joanna Seybert, USDJ
Dated: Jan. 23, 2013
Central Islip, NY